**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: LawOffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtors/Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 Proceedings |
| MIKE OLARI and ANA OLARI, | Case No. 2:09-bk-29141-CGC |
| Debtors. | Adversary No. 2:10-ap-01262-CGC |
| MIKE OLARI and ANA OLARI, | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | RE:  Real Property Located at 9813 W. Avenida Del Sol Peoria, Arizona  85383-1186 |
| vs. | |
| WORLD SAVINGS BANK, aka WACHOVIA MORTGAGE FSB, aka WACHOVIA MORTGAGE CORPORATION, aka WELLS FARGO & COMPANY, | |
| Defendant. | |

Joseph W. Charles, attorney for the Debtors/Plaintiffs, hereby certifies that service of a copy of the Summons and Complaint was made on July 13, 2010, by regular, first class United States mail, postage fully pre-paid, addressed to:

- 1 -

| | |
|---|---|
| 1 | World Savings Bank |
| 2 | 1901 Harrison Street |
|   | Oakland, CA 94612-3574 |
| 3 | |
| 4 | Wachovia Mortgage FSB |
|   | 6825 Aliante Pkwy |
| 5 | N. Las Vegas, NV 89084 |
| 6 | Wachovia Mortgage Corp. |
|   | c/o Statutory Agent: |
| 7 | Prentice Hall Corp System |
| 8 | 2338 W. Royal Palm Road |
|   | Phoenix, AZ 85014 |
| 9 | |
| 10 | Wachovia Mortgage Corp. |
|    | c/o David Pope |
| 11 | President & CEO |
|    | 401 S. Tyron Street |
| 12 | Charlotte, NC 28202-1934 |
| 13 | |
|    | Wells Fargo & Company |
| 14 | c/o John Stumpf |
|    | President & CEO |
| 15 | 420 Montgomery Street |
|    | San Francisco, CA 94163 |
| 16 | |

Under penalty of perjury, I declare that the foregoing is true and correct.

DATED this 13th day of July, 2010.

**JOSEPH W. CHARLES, P.C.**


BY: /s/ Joseph W. Charles
      Joseph W. Charles
      5704 West Palmaire Avenue
      P.O. Box 1737
      Glendale, Arizona 85311-1737
      Attorney for Debtors/Plaintiffs